IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| REBECCA DEWEY <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL CHERTOFF, <br> Secretary of Homeland Security <br> Transportation Security <br> Administration. <br><br> Defendant. | C04-3088 MWB <br> JUDGMENT <br> IN A CIVIL CASE |

This matter came before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,**

Judgment shall enter in favor of the Defendant and against the plaintiff.

PRIDGEN J. WATKINS
Clerk

__MWB__
Mark W. Bennett, Chief Judge

S/src
(By) Deputy Clerk

Date: 2/22/06